PER CURIAM.
Affirmed. See Carbajal v. State, 75 So.3d 258 (Fla.2011); State v. Miller, 313 So.2d 656 (Fla.1975); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Collins v. State, 97 So.3d 305 (Fla. 4th DCA 2012); Foss v. State, 24 So.3d 1275 (Fla. 5th DCA 2009); Logan v. State, 1 So.3d 1253 (Fla. 4th DCA 2009); Francois v. State, 934 So.2d 536 (Fla. 3d DCA 2006); Felton v. State, 919 So.2d 557 (Fla. 5th DCA 2005); Swain v. State, 492 So.2d 752 (Fla. 1st DCA 1986).
KHOUZAM, MORRIS, and SLEET, JJ., Concur.